DONALD K. WILSON, JR., ESQ (CSBN 89857)
Email: donaldwilson@zhonglun.com
LAW OFFICES OF DONALD K. WILSON, JR.
4322 Wilshire Boulevard, Suite 200
Los Angeles, California 90010
Telephone: (323) 982-7098
Facsimile: (323) 930-5693

Attorneys for Plaintiff SYL JOHNSON a/k/a SYLVESTER JOHNSON, doing business as TWINIGHT RECORDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYL JOHNSON, a/k/a SYLVESTER JOHNSON, doing business as TWINIGHT RECORDS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC, a Delaware Corporation; and DOES 1-20, inclusive<br><br>Defendants. | No: 2:19-cv-2364-ODW (SSx)<br><br>APPLICATION AND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT UMG RECORDINGS, INC; DECLARATION OF DONALD K. WILSON, JR, ESQ |

APPLICATION AND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT UMG RECORDINGS, INC.

To the Clerk of the United States District Court for the Central District of California, Western Division:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff requests that the Clerk enter the default of Defendant UMG RECORDINGS, INC for failure to plead or otherwise defend against this action in a timely manner.

## **DEFENDANT UMG RECORDINGS, INC.**

1. As evidenced by the waiver of service on file with this Court, the above-named Defendant was served pursuant to the Federal Rules of Civil Procedure on April 16, 2019.

2. Defendant filed a Notice of motion and Motion to Dismiss on June 3, 2019.

3. This Court entered an Order Granting in Part, Denying in Part, Defendant's Motion to Dismiss on October 23, 2019.

4. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the applicable time limit for the above-named Defendant to appear or answer the complaint in this action expired on November 7, 2019.

5. The above-named Defendant has failed to plead or otherwise respond to the complaint.

APPLICATION AND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT UMG RECORDINGS, INC.

This Application and Request is based on the attached Declaration of Donald K. Wilson, Jr., counsel for the Plaintiff.

DATED: November 12, 2019

Respectfully submitted,

Donald K Wilson, Jr.

Attorneys for Plaintiff SYL JOHNSON a/k/a SYLVESTER JOHNSON, doing business as TWINIGHT RECORDS, INC.

APPLICATION AND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT UMG RECORDINGS, INC.