MANATT, PHELPS & PHILLIPS, LLP
ROBERT A. JACOBS (State Bar No. 160350)
E-mail: rjacobs@manatt.com
MAURA K. GIERL (State Bar No. 287430)
E-mail: mgierl@manatt.com
2049 Century Park East Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYL JOHNSON a/k/a SYLVESTER THOMPSON d/b/a TWINIGHT RECORDS, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | No. 2:19-cv-2364-ODW (SSx)<br><br>Hon. Otis D. Wright II<br>Courtroom 5D<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 16-15.7**<br><br>Compl. Filed: March 28, 2019<br>Final Pretrial Conf.: June 7, 2021<br>Trial Date: July 6, 2021 |

PLEASE TAKE NOTICE that Plaintiff Syl Johnson and Defendant UMG Recordings, Inc. (collectively, the "Parties") have reached an agreement in principle to settle the above-captioned action in its entirety. The Parties expect to finalize and execute a settlement agreement within sixty (60) days.

WHEREFORE, the Parties respectfully request that all deadlines, hearing dates, and the trial date be vacated, pending the Parties' filing of either a stipulation of dismissal when the settlement is finalized, or notice regarding status and request to reset case deadlines in the event settlement is not finalized in the time allotted.

Dated: March 11, 2021            MANATT, PHELPS & PHILLIPS, LLP

By:  s/ Maura K. Gierl
     Robert A. Jacobs
     Maura K. Gierl

*Attorneys for Defendant*
UMG Recordings, Inc.

Dated: March 11, 2021            LAW OFFICES OF DONALD K. WILSON, JR.

By:  s/ Donald K. Wilson, Jr.
     Donald K. Wilson, Jr.

*Attorneys for Plaintiff*
Syl Johnson a/k/a Sylvester Thompson, d/b/a Twinight Records, Inc.

### **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.